AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

__NORTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA

V.

JUAN PONCE-HERNANDEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: CR08-00107JW
~~07-70512-HRL~~

I, __Juan Ponce-Hernandez__, the above named defendant, who is accused of

a violation of Title 8, united States Coe, Section 1326 (illegal rentry after Removal)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __2/28/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Date*

_____
Defendant  Juan ponce-Hernandez

_____
Counsel for Defendant
        Manuel U. Araujo

Before _____
        Judicial Officer