UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 3/17/2008 | **Court Reporter:** Summer Clanton |
| **Case No.:** CR-08-0107 JW | **U.S. Probation Officer:** N/A |
| **Related Case No.:** N/A | **Interpreter:** Daniel Navarro (Spanish) |

### TITLE

U.S.A. v. Juan Ponce-Hernandez ( C)

**Attorney(s) for Plaintiff(s):** Jeff Schenk
**Attorney(s) for Defendant(s):** Manuel Araujo

### PROCEEDINGS

1. Dispositional Hearing
2. Judgment and Sentencing

### ORDER AFTER HEARING

Hearing Held. Defendant present and in custody for proceedings. The Defendant was aided by a Spanish language interpreter for proceedings. The Defendant pled guilty as to Count One (1) of the Information. A plea agreement was executed in open Court. The Defendant waived referral to the Probation Office for preparation of Presentence Investigation Report. The Court proceeded to immediate sentencing. The Court sentenced the Defendant as to Count One (1) of the Information. The Court committed the Defendant to 37 months BOP custody, three (3) years supervised release under the standard and Court imposed special conditions, $100 special assessment.

_Elizabeth C. Garcia_
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed/C. Escolano**
CC: