**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 08-00107 JW |
| Plaintiff, | **SEALING ORDER PURSUANT TO GENERAL ORDER 54** |
| v. | |
| PONCE-HERNANDEZ, | |
| Defendant. | |

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

   ___    Presentence Report

   ___    Plea Agreement

   _X_    Statement of Reasons

   ___    _____ (Other)

Dated: March 19, 2008

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:**

United States Marshal Service
United States Probation Office
280 South First Street
San Jose CA 95113

| | |
|---|---|
| **Dated: March 19, 2008** | **Richard W. Wieking, Clerk** |
| | By: *Elizabeth C. Garcia* |
| | **Elizabeth Garcia** |
| | **Courtroom Deputy** |

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28